```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ALLSTAR MARKETING GROUP, LLC,                   :
:
                              Plaintiff,              :
:        20-CV-8406 (JPC)
      -v-                                                           :
:        <u>ORDER</u>
AFACAI et al.,                                                :
:
                            Defendants.        :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       During the November 16, 2020 telephonic hearing concerning Plaintiff's Motion for a Preliminary Injunction, the Court ordered Plaintiff to submit a letter within thirty days of that date updating the Court on the status of settlement discussions and its plan to move for default judgment against any defaulting Defendants. (*See* Dkt. 43.) It is hereby ORDERED that, in that status letter, Plaintiff shall also provide the following information concerning any Defendants remaining in this case: (1) the number of allegedly infringing products actually sold by each Defendant, (2) the product identification number of each allegedly infringing product, and (3) the listed price for each allegedly infringing product sold by the Defendant.

       SO ORDERED.

Dated: December 1, 2020
       New York, New York
                                                                     JOHN P. CRONAN
                                                            United States District Judge