Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC, *Plaintiff* <br><br> v. <br><br> AFACAI, *et al.*, *Defendants* | **CIVIL ACTION No.** <br> **20-cv-8406 (JPC)** |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants Butterfly Fashion, liuteng2019, Mother's little shop, Panda Paradise Gong, Qi Li Shop, yanhui2019 and yufang2019 in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated:  December 31, 2020

Respectfully submitted,

The Clerk of the Court is respectfully directed to terminate Defendants Butterfly Fashion, liuteng2019, Mother's little shop, Panda Paradise Gong, Qi Li Shop, yanhui2019, and yufang2019 from the docket.

**EPSTEIN DRANGEL LLP**

SO ORDERED.

BY:  _/s/ Brieanne Scully_____
       Brieanne Scully (BS 3711)
       bscully@ipcounselors.com
       EPSTEIN DRANGEL LLP
       60 East 42nd Street, Suite 2520
       New York, NY 10165
       Telephone:     (212) 292-5390
       Facsimile:      (212) 292-5391
       *Attorneys for Plaintiff*
       *Allstar Marketing Group, LLC*

Date:     January 4, 2021
            New York, New York

JOHN P. CRONAN
United States District Judge

**It is so ORDERED.**

Signed at New York, NY on_____  ___, 2021.


_____
Judge John P. Cronan
United States District Judge

2